# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY R. THOMPSON, | : | No. 79 WM 2017 |
| Petitioner | : | |
| v. | : | |
| M.D. OVERMYER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus, the Petition for ROR Bail, the Motion for Order of Discharge, the Motion for Contestation to District Attorney's Appearance, and the Motion to be Granted ROR Bail are DENIED.